625 A.2d 614

COMMONWEALTH of Pennsylvania

v.

Randall CHILCOTE, Appellant.

Supreme Court of Pennsylvania.

Argued May 3, 1993.

Decided May 24, 1993.

David M. McGlaughlin, Philadelphia, for appellant.

Robert B. Stewart, III, Huntingdon, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN and PAPADAKOS, JJ., dissent.